UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICKEY A. STITHEM,

    Plaintiff,

  v.

APPLE INC., et al.,

    Defendants.

Case No.  26-cv-03273-SVK

**ORDER OF RECUSAL**

This Court recuses itself from hearing this case and directs the Clerk of Court to reassign this case to another judge.

**SO ORDERED.**

Dated: April 20, 2026

_____

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California